IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARRY BAYS, (#13101-027), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:15-cv-1824-B-BN |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's motion for default judgment [Dkt. No. 19] is **DENIED**.

**SO ORDERED.**

**DATE: NOVEMBER 16, 2015**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE